# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **BCS SOFTWARE, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**BMC SOFTWARE, INC.,**<br><br>Defendant | **Case No. 6:20-cv-00787**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, BCS Software, LLC, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  August 27, 2020

Respectfully Submitted

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**